**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.    )<br>)<br>**Leslie D. WESSON** )<br>) | **Docket Number: 2:98CR00068-01** |

**LEGAL HISTORY:**

On April 15, 1999, the above-named was sentenced to 156 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 5 years. Special conditions included: Warrantless search; Financial disclosure and restrictions; Drug/alcohol treatment program; Cellular phone/pager restrictions and billing records disclosure; and Co-payment for treatment program. On September 19, 2000, Mr. Wesson's sentence was reduced to 96 months custody Bureau of Prisons. The term of Supervised Release and the special conditions remained the same. Supervision commenced on January 21, 2005.

**SUMMARY OF COMPLIANCE:**

Mr. Wesson has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Wesson has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:** Leslie D. WESSON
Docket Number:  2:98CR00068-01
RECOMMENDATION TERMINATING
<u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>

<u>**RECOMMENDATION:**</u>

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                              Respectfully submitted,

                              /s/ Kris M. Miura
                              **KRIS M. MIURA**
                            **United States Probation Officer**

Dated:       July 29, 2009
               Elk Grove, California
               KMM/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                        **DEBORAH A. SPENCER**
                        **Supervising United States Probation Officer**

cc:      **To be assigned AUSA**  (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Docket Number: 2:98CR00068-01** |
| | ) | |
| **Leslie D. WESSON** | ) | |
| | ) | |

On January 21, 2005, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

Dated:     July 29, 2009
            Elk Grove, California
            KMM/cj

**REVIEWED BY:**     /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

**RE: Leslie D. WESSON**
   **Docket Number: 2:98CR00068-01**
   **ORDER TERMINATING SUPERVISED RELEASE**
   <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

|  |  |
|---|---|
|   08/28/2009 | /s/ John A. Mendez |
| **Date** | **JOHN A. MENDEZ** |
| | **United States District Judge** |

KMM/cj

Attachment: Recommendation

cc:   United States Attorney's Office